UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS INC.,<br><br>                Debtor. | 11 Civ. 05709(NRB)<br><br>Bankr. Case No. 08-01420 (JMP)<br>SIPA |
| THE ROYAL BANK OF SCOTLAND N.V.,<br><br>                Movant,<br><br>v.<br><br>JAMES W. GIDDENS, AS TRUSTEE FOR SIPA LIQUIDATION OF LEHMAN BROTHERS INC.,<br><br>                Respondent. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), The Royal Bank of Scotland N.V., formerly known as ABN AMRO Bank N.V., hereby states that it is a wholly-owned subsidiary of RBS Holdings N.V., which in turn is a wholly-owned subsidiary of RFS Holdings B.V., which in turn is controlled and approximately 98%-owned by The Royal Bank of Scotland Group plc, a public limited company organized under the laws of the United Kingdom. UK Financial Investments Limited, which is wholly-owned by HM Treasury (the United Kingdom's economics and finance ministry), owns more than 10% of the stock of The Royal Bank of Scotland Group plc.

| | |
|---|---|
| Dated: August 17, 2011<br>New York, New York | Respectfully Submitted,<br><br>/s/ Martin J. Bienenstock<br>Martin J. Bienenstock<br>Irena M. Goldstein<br>DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 259-8000<br>Fax: (212) 259-6333<br><br>*Attorneys for The Royal Bank of Scotland N.V. (Formerly Known as ABN AMRO Bank N.V.)* |

NYA 650943.1