Buchwald, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS INC.,<br>         Debtor.<br><br>THE ROYAL BANK OF SCOTLAND N.V.,<br>         Movant,<br>         v.<br>JAMES W. GIDDENS, AS TRUSTEE FOR SIPA LIQUIDATION OF LEHMAN BROTHERS INC.,<br>         Respondent. | 11 Civ. 05709 (NRB)<br><br>Bankr. Case No. 08-01420 (JMP)<br>SIPA |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/11

**STIPULATION AND ORDER BETWEEN JAMES W. GIDDENS AS SIPA TRUSTEE AND THE ROYAL BANK OF SCOTLAND N.V.**

The Royal Bank of Scotland N.V. ("RBS") and James W. Giddens, as Trustee (the "Trustee") for the SIPA Liquidation of Lehman Brothers Inc. ("LBI"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 29, 2011, the Trustee filed a Motion (the "Trustee Motion"), with the United States Bankruptcy Court for the Southern District of New York, in the SIPA Proceedings of LBI [SIPA Case No No. 08-01420 (JMP)], pursuant to sections 105(a) and 362 of title 11 of the United States Code and the Liquidation Order of this Court therein, dated September 19, 2008 ("Liquidation Order"), for an Order enforcing the automatic stay and the stays in the Liquidation Order and compelling payment from RBS [dkt no. 4370];

WHEREAS, on August 16, 2011, RBS filed with this Court its motion to withdraw the reference with respect to the Trustee Motion pursuant to 28 U.S.C. § 157(d) ("RBS Motion");

**IT IS NOW THEREFORE STIPULATED AND AGREED** that,

1. The response of the SIPA Trustee to the RBS Motion is due on September 13, 2011; and

2. The reply of RBS to the response of the SIPA Trustee is due on October 3, 2011.

Dated: August 24, 2011

MENAKER & HERMANN LLP

BY: *[signature]*
Richard G. Menaker
Samuel F. Abernethy
Karen Kim
10 East 40th Street
New York, New York 10016
Tel: (212) 545-1900
Fax: (212) 545-1656

*Counsel for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.*

DEWEY & LEBOEUF LLP

BY: *[signature]*
Martin J. Bienenstock
Irena Goldstein
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-7035
Fax: (212) 632-0119

*Counsel for The Royal Bank of Scotland, N.V.*

SO ORDERED: *[signature]*
U.S.D.J.
Date: September 7, 2011

NY3 3098678.1

2