12122596333                                           D&L

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

LEHMAN BROTHERS INC.,

Debtor.

11 Civ. 05709 (NRB)

**STIPULATION AND
ORDER OF DISMISSAL
<u>WITH PREJUDICE</u>**

---

IT IS HEREBY STIPULATED AND AGREED, through the undersigned counsel on behalf of their respective clients named below, that the motion of The Royal Bank of Scotland N.V. in the captioned proceeding is hereby withdrawn and the matter is dismissed with prejudice and without costs to any party.

Dated: December 27, 2011
       New York, New York

| MENAKER & HERMANN LLP | DEWEY & LEBOEUF LLP |
|---|---|
| BY: /s/ Richard G. Menaker | BY: /s/ Martin J. Bienenstock |
| Richard G. Menaker | Martin J. Bienenstock |
| 10 East 40th Street | 1301 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10019 |
| Tel: (212) 545-1900 | Tel: (212) 259-8000 |
| Fax: (212) 545-1656 | Fax: (212) 259-6333 |
| *Counsel for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.* | *Counsel for The Royal Bank of Scotland N.V.* |

SO ORDERED: _____
                          U.S.D.J.

Date: December 27, 2011